

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00450-CV

Velma **SAN MIGUEL**,
Appellant

v.

**PLAINSCAPITAL BANK**, Trustee of The Guerra Mineral Trust.,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. DC-16-19
The Honorable Everardo Garcia, Judge Presiding

## O R D E R

The Joint Agreed Motion for Consolidation of Appellants' Brief Deadline is hereby
GRANTED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 4th day of October, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court